# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY L. BARCLAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 4:07-CV-0492 |
| ADELPHIA COMMUNICATIONS, et al, | ) ) (Judge John E. Jones III) |
| Defendant. | ) ) ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## ADELPHIA COMMUNICATIONS CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Adelphia Communications Corporation, incorrectly styled in the Complaint as "Adelphia Communications Corp. Et. Al." and "Adelphia Communications, et al," ("Adelphia"), hereby notifies the Court that its shares were formerly traded on the NASDAQ stock exchange but have not been so traded since June 3, 2002. On June 25, 2002 (the "Petition Date"), Adelphia filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Adelphia emerged from bankruptcy on February 13, 2007.

Respectfully submitted,

BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.

March 21, 2007     By:     /s C. Shawn Dryer
C. Shawn Dryer, Esquire
PA. I.D. No. 81741
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, Pennsylvania 15222
(412) 394-5400

COUNSEL FOR DEFENDANT
ADELPHIA COMMUNICATIONS CORPORATION